**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.  15-cr-00127-RM**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**6. ADELL BURRELL,**

    **Defendants.**

_____

**MOTION TO DETERMINE MENTAL COMPETENCY**
_____

Defendant ADELL BURRELL, through his counsel, Daniel J. Sears, pursuant to 18 U. S. C. §4241(a), respectfully moves this Honorable Court to determine the Defendant's mental competency to participate in pretrial hearings and to stand trial in the above case.

As grounds for said request, the Defendant and his court-appointed counsel hereby state as follows:

On February 25, 2015, a criminal complaint was filed against Anthony Domino charging robbery and conspiracy affecting commerce. ECF Document 1. On March 26, 2015, an Indictment was returned charging Anthony Domino, Anthony Tyree, Sean McCullough, Sharde Suwannabart and Summer Sawyer with Hobbs Act conspiracy, Hobbs Act robbery, and a forfeiture count. ECF Document 12. Defendant Burrell was not charged.

1

On July 13, 2015, a criminal complaint was filed charging Adell Burrell with conspiracy to commit robbery affecting commerce. Case No. 15-mj-01114-KMT, *United States v. Burrell*, ECF Document 1. The complaint alleged that the investigation leading to the charge also involved Sean McCullough, Anthony Domino, Sharde Suwannabart, Anthony Tyree and Summer Sawyer. *Id.* at 1 of 6.

A Superseding Indictment was returned on July 21, 2015, charging Defendant Adell Burrell and five co-defendants with entering into a Hobbs Act conspiracy from between February 18, 2015, and February 25, 2015. ECF Document 92 at 2 of 6. It specifically alleges that the six named defendants "conspired with each other and others known and unknown to the grand jury, to commit robbery . . ." ECF Document 92 at 2 of 6. It also charges a count of Hobbs Act robbery pursuant to 18 U.S.C. §1951(a), and a third count of carrying and using a firearm in furtherance of a crime of violence. *Id.* at 4-5 of 6. The third count, if the Defendant is convicted thereof, carries a mandatory minimum consecutive sentence of seven years.

An arrest warrant for Burrell was executed on August 18, 2015. ECF Document 118. Daniel J. Sears was court-appointed to represent Defendant Burrell on August 18, 2015. ECF Document 113. He entered his appearance on August 19, 2015. ECF Document 115. Daniel J. Sears has represented the Defendant since that time, filing a number of pretrial motions, and participating in hearings before the Court.

During the course of the representation, undersigned counsel became cognizant of learning disabilities and cognitive deficiencies exhibited by the Defendant during his consultations with him. He applied, and was judicial granted authorization, for the

engagement of a psychologist to interview, test, and evaluate the Defendant's mental condition.

On February 23, 2016, the Defendant filed with the Court as a Level 2 restricted document a report by Dr. Jane Cleveland containing the psychological evaluation of the Defendant, along with her curriculum vitae, with a copy being served upon the United States Attorney. ECF Document 368.

The Court has heretofore set a hearing on Defendant's motion to suppress to commence at 9:00 a.m. on March 29, 2016, and a five-day trial to commence on April 25, 2016.

Defense counsel, whenever he has a good faith doubt as to the Defendant's competence to face and participate in criminal proceedings, must move for an evaluation of the Defendant's competence. *United States v. Boigegrain*, 155 F.3d 1181, 1188 (10th Cir. 1998). Based upon Dr. Cleveland's evaluation and through communications with the Defendant, undersigned counsel has such a good faith concern. Undersigned counsel asserts that he believes that the Defendant is presently suffering from a mental condition that precludes him from being able to understand the nature and consequences of the proceedings against him and/or to properly assist in his defense to the charges pending against him. *See* 18 U. S. C. §4241 (a) and (d).

FOR THE FOREGOING REASONS, Defendant Burrell and his court-appointed counsel respectfully request that the Court grant this motion, or order a hearing to determine the defendant's competency, pursuant to 18 U. S. C. §4241(a).

Respectfully submitted,

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
Suite 580, 1900 Grant Street
Denver, CO 80203
(303) 953 5265
FAX:  (303) 297 2536
Email: djsearspc@aol.com

Attorney for Defendant Burrell


## CERTIFICATE OF SERVICE BY CM/ECF FILING

I hereby certify that a true and correct copy of the foregoing Motion to Determine Mental Competency was served on the following persons at their respective Email addresses by filing said pleading electronically via the CM/ECF filing system this 22d day of March, 2016:

Celeste Rangel, Esq.
celesterangel@usdoj.gov

Beth Gibson, Esq.
Beth.Gibson@usdoj.gov

Patrick J. Burke, Esq.
Patrick-J-Burke@msn.com

Richard N. Stuckey, Esq.
dick@richardstuckeylaw.com

Richard Kornfeld, Esq.
rick@rklawpc.com

Lisabeth Castle, Esq.
Lawdenver@aol.com

Brian Leedy, Esq.
Brian.Leedy@fd.org

Wayne Campbell, Esq.
Wayne.campbell @usdoj.gov


s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
Suite 580, 1900 Grant Street
Denver, CO 80203
(303) 953 5265
FAX:  (303) 297 2536
Email: djsearspc@aol.com